**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for JOHN JOHNSON

FILED
CLERK, U.S. DISTRICT COURT

NOV - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JOHNSON, | No. SACV 08-00290 (SS) |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES AND COSTS |
| v | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees and costs ("Stipulation"),

IT IS ORDERED that counsel for Plaintiff, as assignee of the Plaintiff, is awarded attorney fees under the Equal Access to Justice Act in the amount of ONE THOUSAND SEVEN HUNDRED DOLLARS and NO CENTS ($1,700.00) and costs in the amount of THREE HUNDRED SIXTY NINE DOLLARS and ONE CENT ($369.01), as authorized by 28 U.S.C. §§ 1920 and 2412(d), and subject to the terms of the Stipulation.

Dated: 11/5/08

_Suzanne H. Segal_

UNITED STATES MAGISTRATE JUDGE

1